# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 14-33621 |
|---|---|
| CLARENCE ROBERT MILLER | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2014.

2) The plan was confirmed on 01/29/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/19/2016.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,197.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,197.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $51.74 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$51.74**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERV | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 1,569.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,362.00 | 2,386.25 | 2,386.25 | 0.00 | 0.00 |
| CCB CREDIT SERVICE INC | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| CDR SSM GRP | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECIEVABLES | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| CITI FINGERHUT | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 565.00 | 494.73 | 494.73 | 0.00 | 0.00 |
| DYNIA & ASSOC | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| ECHELON RECOVERY INC | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| ECHELON RECOVERY INC | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICES | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 38.00 | 907.11 | 907.11 | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| FINANICAL RECOVERY SERVICES | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT CORP | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| First Cash | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDT & COLLECTION COF | Unsecured | 2,362.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDT & COLLECTION COF | Unsecured | 1,147.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Hsbc Bank | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 484.00 | 483.50 | 483.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 836.87 | 836.87 | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE BANK | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 766.00 | 765.66 | 765.66 | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| MILESTONE | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 473.00 | 472.65 | 472.65 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 463.00 | 462.51 | 462.51 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,147.00 | 1,147.78 | 1,147.78 | 0.00 | 0.00 |
| QC FINANCIAL SERVICES | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 308.00 | 308.31 | 308.31 | 0.00 | 0.00 |
| SOUTHWEST GASTROENTEROLOGY | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 2,000.00 | 2,153.91 | 2,000.00 | 1,040.70 | 104.56 |
| TITLEMAX OF ILLINOIS | Unsecured | NA | NA | 153.91 | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-33621    Doc 37    Filed 06/14/16    Entered 06/14/16 16:44:54    Desc Main
Document      Page 4 of 4

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,000.00 | $1,040.70 | $104.56 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,000.00** | **$1,040.70** | **$104.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,419.28** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $51.74 |
| Disbursements to Creditors | $1,145.26 |
| **TOTAL DISBURSEMENTS :** | **$1,197.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/14/2016                         By:/s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**